**STATE of Missouri, Plaintiff/Appellant,**

v.

**Derrelle PINNER, Defendant/Appellant.**

No. ED 74149.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1998.

Gwenda R. Robinson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kevin F. Hennessey, Asst. Atty. Gen., Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

*ORDER*

PER CURIAM.

Derrelle Pinner appeals his conviction by jury of Count I, murder in the first degree, in violation of Section 565.020.2 RSMo 1994; Count III, robbery in the first degree, in violation of Section 569.020 RSMo 1994; Count V, attempt to commit robbery in the first degree, in violation of Sections 564.011 and 569.020 RSMo, and Counts II and IV, two counts of armed criminal action, in violation of Section 571.015 RSMo 1994. He was sentenced to concurrent terms of imprisonment: life imprisonment without eligibility for probation and parole on Count I; life imprisonment on Count II; fifteen years on Count III; fifteen years on Count IV and ten years on Count V.

We have read the briefs and reviewed the legal files and transcripts. We find no error of law and no jurisprudential purpose will be served by an extended written opinion.

Judgment affirmed in accordance with Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Mark C. THOMAS, Appellant.**

No. ED 73958.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1998.

Alan G. Kimbrell, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Michael P. Barry, Jefferson City, for respondent.

Before PUDLOWSKI, P.J., and CRANDALL and AHRENS, JJ.

**ORDER**

PER CURIAM.

Defendant, Mark C. Thomas, appeals from the judgment, after a bench trial, finding him guilty of felony possession of a controlled substance, unlawful use of a weapon, and misdemeanor possession of a controlled substance. No jurisprudential purpose would be served by a written opinion. However, the parties have been provided with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed. Rule 30.25(b).